No. 90–7052.   JACOBS *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–7053.   FORTENBERRY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–7057.   WHEELER *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–7059.   LINDSAY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–7060.   HARRIS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–7061.   MARTINEZ-CABRE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 90–7066.   DEAN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–7071.   ANDERSON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 90–7072.   THOMPSON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–7078.   UPSHAW *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7086.   COLEMAN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7089.   RAMOS CARRASCO *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–7092.   CORPUS-BARAJAS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–7098.   PABLO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 90–7102.   MARTIN *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.